

**CONRAD J. BENEDETTO** ***

---
**ALYSSA K. POOLE*****
**KRISTOFFER R. BUDHRAM*^**

***  MEMBER OF NJ & PA BAR
*^  MEMBER OF PA & FL BAR

**1615 South Broad Street**
**Philadelphia. PA 19148**
Telephone: (215) 389-1900
Facsimile: (215) 271-8910

<u>**OFFICES**</u>
**PHILADELPHIA, PENNSYLVANIA**
**MARLTON, NEW JERSEY**
**SOUTHFIELD, MICHIGAN**
**NEW YORK, NEW YORK**
**JACKSONVILLE, FLORIDA**

**WWW.BENEDETTOLAW.COM**

May 4, 2020

Hon. Ann Marie Donio, U.S.M.J.
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

    RE:   <u>Keith Robinson v. City of Pleasantville, et al.</u>
           Docket No: <u>1:19-cv-00921-RMB-AMD</u>

Dear Judge Donio,

    Please be reminded that my office represents Plaintiff in the above referenced matter. I am writing to inform the court, that after speaking with my client and counsel for the Defendants, Plaintiff has come to the decision to withdraw this matter. To that end, do you want my office to file a formal motion to withdraw or will a stipulation signed by all parties suffice? Please let me know and I will follow your instruction.

    Thank you in advance for your courtesies and consideration.

                                           Respectfully submitted,

                                           */s/ Conrad J. Benedetto*

                                           Conrad J. Benedetto, Esquire

cc:    Counsel of Record (via ECF)