IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| KEITH ROBINSON,<br><br>                                 Plaintiff<br>v.<br><br>CITY OF PLEASANTVILLE, THROUGH ITS POLICE DEPARTMENT; OFFICER JUAN MORILLO; OFFICER DANIEL DAVIS; JOHN DOES 1-10 and ABC ENTITIES 1-10,<br>                                 Defendants. | Civil Action<br><br>1:19-cv-00921-RMB-AMD |

### STIPULATION OF COUNSEL FOR DISMISSAL OF CIVIL ACTION

The undersigned parties, by and through their respective counsel, hereby agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims as asserted against Defendants, City of Pleasantville, through its Police Department, Officer Juan Morillo, Officer Daniel Davis and John Does 1-10 and ABC Entities 1-10 are hereby **DISMISSED WITH PREJUDICE**, without costs and each side bearing their own attorneys' fees.

LAW OFFICES OF CONRAD J. BENEDETTO

_____
Conrad J. Benedetto, Esquire
Attorney I.D. No. 34666
1615 South Broad Street
Philadelphia, PA 19148
Telephone (215) 389-1900
Conrad_Benedetto@Comcast.com
Attorney for Plaintiff

REYNOLDS & HORN, P.C.

_____
Thomas B. Reynolds, Esquire
Attorney I.D. No. 19311982
116 South Raleigh Avenue, Suite 9B
Atlantic City, NJ 08401
Telephone (609) 703-9663
Treynolds@Reynoldshornlaw.com
Attorney for Defendants

DATED: